*James Jackson, on the demise of Silas Smith* v. *John Hammond.*

IN this cause, on an affidavit, stating a verdict having been, in 1792, taken for the plaintiff, subject to the opinion of the court, on a case agreed on between the parties, on which judgment had been given in 1798, for the plaintiff; and also, that the *nisi prius* record and issue roll, were not to be found in the office of the clerk of this court, nor the *nisi prius* record among the papers of the former clerk of the circuit, in which the cause was tried, and if left with the plaintiff's attorney, had been burnt or lost, leave was given, to make up and file a new *nisi prius* record, with a *postea* to be indorsed thereon, conformable to the minutes of the trial, and also, to enter up judgment, and issue execution for the plaintiff, according to the opinion of the court in 1798.

No opposition.